619 A.2d 1356

COMMONWEALTH of Pennsylvania, DEPARTMENT OF LA-
BOR AND INDUSTRY, WORKMEN'S COMPENSATION AP-
PEAL BOARD, Kline and Packard Press, Appellants,

v.

INSURANCE COMPANY OF NORTH AMERICA.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF
LABOR AND INDUSTRY, BUREAU OF WORKERS'
COMPENSATION, Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD,
Commercial Union Insurance Company and
Aetna Life and Casualty Company.

Supreme Court of Pennsylvania.

Argued Jan. 28, 1993.

Decided Feb. 17, 1993.

Sandra S. Christianson, Harrisburg, for Labor Dept.

Paul E. Baker, Katherine L. Niven, Carol L. Cingranelli,
Michael R. Hetrick, Harrisburg, for W.C.A.B.

David A. Pennington, Richard D. Harburg, Philadelphia,
Sharolyn Murphy Henderson, for Ins. Co. of N.A.

Irwin W. Aronson, Jerome H. Gerber, Camp Hill, for ami-
cus curiae, AFL–CIO.

Cal A. Leventhal, Sue Allen Albert, Charles S. Katz, Sharolyn Murphy Henderson, Richard D. Harburg, for Commercial Union Ins. Co.

Curtis C. Creveling, for Aetna Life.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Orders affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.